**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

JOHNNY L GRAHAM, :
:
Plaintiff, :
:
v. : CASE NO.: 1:23-CV-210 (LAG)
:
WARDEN WALTER BERRY, :
:
Defendant. :
______________________________________:

**ORDER**

Before the Court is a "Motion for Leave to Appeal and to Stay Proceedings in District Court" filed by *pro se* Petitioner Johnny L. Graham. (Doc. 31). The Court liberally construes this Motion as one seeking a certificate of appealability ("COA"). On February 26, 2025, the Court adopted the recommendation of the United States Magistrate Judge to dismiss Petitioner's federal habeas corpus petition and to deny a COA. (Doc. 25 at 5-6; Doc. 29 at 3). Petitioner is not entitled to a COA for the reasons explained in the R&R and Order. Accordingly, the Motion is **DENIED**.

**SO ORDERED**, this 4th day of August, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**